FILED
CLERK, U.S. DISTRICT COURT
JUL - 9 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: HP DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:12-CR-744-GW |
|---|---|
| Plaintiff, | ) ORDER OF DETENTION AFTER HEARING |
| v. | ) (Fed.R.Crim.P. 32.1(a)(6) |
| Owen Norris Lippert | ) 18 U.S.C. § 3143(a) |
| | ) Allegations of Violations of |
| | ) Probation/Supervised Release |
| Defendant. | ) Conditions) |

On arrest warrant issued by the United States District Court for the __CDCA__ involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

   A. (✓) the appearance of defendant as required; and/or

   B. (✓) the safety of any person or the community.

///
///
///
///
///
///

2. The Court concludes:

A. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on: _nature of alleged violations; criminal history_

B. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: _failure to comply with court orders / non-compliance with conditions given allegations_

IT IS ORDERED that defendant be detained.

DATED: 7/9/15

_____
HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge